

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2014

No. 04-13-00547-CV

Rosemarie F. **O'KEEFE** and Thomas Revard Thiel,
Appellants

v.

Mary Martha Meek **MCNELIS** and Sean Brandon McNelis,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-02904
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

On February 7, 2014, this court abated this appeal based on proof that appellant Rosemarie F. O'Keefe had filed a voluntary petition in bankruptcy in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, Case No. 13-53084-RBK, styled *In re Rosemarie F. O'Keefe*. The appeal and all appellate time periods were suspended from the date the bankruptcy petition was filed. TEX. R. APP. P. 8.2. The appeal was closed for administrative purposes pending a request for reinstatement or severance. TEX. R. APP. P. 8.3.

Appellees recently filed a "Motion to Dismiss" requesting that we dismiss this appeal. Appellees assert that the bankruptcy court entered an order on October 8, 2014 in their favor denying appellant O'Keefe's discharge in bankruptcy and declaring her debts to appellees nondischargeable, thereby rendering this appeal moot. We construe appellees' Motion to Dismiss as, in part, a motion to reinstate the appeal pursuant to Rule 8.3(a) of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 8.3(a). Although appellees attached a copy of a "Judgment Denying Debtor's Discharge and Declaring Debts NonDischargeable" signed by the bankruptcy court on October 8, 2014 in the related Adversary Proceeding No. 14-05007, they did not attach a certified copy of an order lifting or terminating the bankruptcy court's automatic stay as required by Rule 8.3(a) for reinstatement of this appeal and any further actions by this court, including dismissal of the appeal. TEX. R. APP. P. 8.3(a). Further, appellant O'Keefe responded to appellees' motion to dismiss by filing a copy of the notice of appeal she filed in the bankruptcy court on October 22, 2014, appealing the October 8, 2014 order or judgment. Because appellees have failed to provide proof that the bankruptcy court has "lifted or terminated

the stay" as required by Rule 8.3(a), we DENY appellees' request to reinstate and dismiss the appeal at this time. *See id.* The appeal remains suspended under Rule 8.2. TEX. R. APP. P. 8.2.

_____

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2014.

_____

Keith E. Hottle
Clerk of Court